UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 2:14-cr-4-FtM-38CM

JUAN GONZALEZ-GONZALEZ

_____

## ORDER

This matter comes before the Court on the Motion for Permission for Marriage (Doc. #31) filed on May 16, 2014.  The Defendant moves the Court for permission to marry his fiancé while incarcerated in the Glades County Jail.  Counsel attempted to contact the Government but was unable to reach Chief Assistant United States Attorney Jesus Casas. The Court has considered the motion and will grant the relief requested as outlined below. Accordingly, it is now

**ORDERED:**

(1) The Motion for Permission to Marry (Doc. #31) is **GRANTED**.  The Defendant and his fiancé are responsible for the paperwork and costs relating to the marriage and are subject to the regulations imposed by the Glades County Jail.

(2) The Glades County Jail shall provide a secure location within the jail to obtain the inmate's signature.

**DONE AND ORDERED** at Fort Myers, Florida, this 21st of May, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record